

RECEIVED

APR 12 2005

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

RAY HULL and KAREN K. HULL,                )
                                           )
        Plaintiffs,                        )
                                           )
v.                                         )        Case No. 04 CV-721 C (C)
BARAN TELECOM, INC.,                       )
WIRELESS SOLUTIONS, LLC., and             )
NEXTEL PARTNERS OPERATING CORP.,          )
                                           )
        Defendants.                        )
                                           )

## JOINT STATUS REPORT

STYLE:

CASE NO:

JURY DEMANDED:        __X__ Yes        _____ No

I.      Summary of Claims:

        A.      Claims to be Dismissed:

                None

II.     Summary of Defenses:

        A.      Defenses to be Abandoned:

                None

III.    Motions Pending:

Docket No.        Description                        At Issue Since

_____        __**None**_____        _____

CV-03 (03/01)

IV.    Stipulations:

    A.    Jurisdiction Admitted:    __**X**__ Yes _____ No  (If no, explain.)

    B.    Venue Appropriate:    __**X**__ Yes _____ No  (If no, explain.)

    C.    Facts:

    D.    Law:


V.    Proposed Deadlines:

    A.    Parties to be added by:

        90 days

    B.    Proposed discovery cutoff date:

        August 31, 2005

    C.    Fact witness lists to be exchanged by:

        July 1, 2005

    D.    Proposed Date for Expert Reports by Plaintiff and Defendant:

        (Plaintiff, June1, 2005)-(Defendant, June 15)


VI.    Fed R. Civ. P. 26(f) Discovery Plan

    A.    Should any changes be made to the timing, form or requirements for disclosures under Rule 26(a)?

        No.

    B.    When were or will initial disclosures under Rule 26(a)(1) be made?

        April 25, 2005

**Note that pursuant to Rule 26(a)(1), initial disclosures must be made within 14 days after you confer for the purpose of preparing this discovery plan.  All parties are under an affirmative duty to (i) comply with the mandatory disclosure requirements, and (ii) notify the Court of any nondisclosure so that the issue can be promptly referred to a Magistrate Judge for resolution.   Failure of any party to disclose information, or failure of any party to bring disclosure issues to the Court's attention in a timely manner, may result in sanctions, including prohibiting the use of that information at trial, pursuant to Rule 37(c)(1).**

CV-03 (03/01)

C.   Should discovery be conducted in phases and/or should discovery be limited at this time to particular subject matters or issues?

> No.

D.   Should any changes be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Court's local rules?

> No.

E.   Proposed Number of fact and expert depositions
1.   To be allowed for Plaintiff?

> Ten (10)

2.   To be allowed for each Defendant?

> Ten (10)

F.   Is there a need for any other special discovery management orders by the Court?

> No.

VII.   Are Dispositive Motions Anticipated?  If so, describe them.

> All Defendants; Motion for Summary Judgement.

VIII.   Do All Parties Consent to Trial before the Assigned Magistrate Judge?
____ Yes     **(Please attach completed Trial Consent form)**
Trial By Magistrate Judge Requested in _____
 **X** No                                                        (month/year)

IX.   Is there any matter that should be referred to the assigned Magistrate Judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73.1?
____ Yes     **(Please attache completed Partial Consent form)**
 **X** No

X.   Settlement Plan   **(Check one)**
A.   **X** Settlement Conference Requested after <u>discovery cutoff</u>
          Describe settlement judge expertise required, if any:
B.   ____ Private Mediation Scheduled in _____
C.   ____ Other ADR **(Explain)** _____

CV-03 (03/01)

D. ____ ADR is not appropriate in this case **(Explain)** _____

Has a copy of the Court's ADR booklet been provided to clients as required?

Defendants: __**X**__ Yes ____ No

Plaintiffs: __**X**__ Yes ____ No

XI. Does this case warrant special case management?  If yes, explain why.

No.

XII. Do the parties request that the Court hold a scheduling conference?  If a conference is not requested, or ordered by the Court, the Court will, after receiving this report, issue a scheduling order based on the information contained in this report.

No.

Read and Approved by:

*Ray Hull*

*Karen K. Hull*

RAY HULL and KAREN K. HULL,
Plaintiffs

THOMAS J. MCGEADY, O.B.A. #5984
LOGAN & LOWRY, LLP
101 South Wilson Street
P. O. Box 558
Vinita, OK 74301
(918) 256-7511
Attorney for the Plaintiffs,
RAY HULL and KAREN K. HULL

BARON TELECOM, INC., Defendant

CV-03 (03/01)

D.   _____ ADR is not appropriate in this case (Explain) _____
Has a copy of the Court's ADR booklet been provided to clients as required?
    Defendants:   __X__ Yes   _____ No
    Plaintiffs:   __X__ Yes   _____ No

XI.    Does this case warrant special case management?  If yes, explain why.

        No.

XII.    Do the parties request that the Court hold a scheduling conference?  If a conference is not requested, or ordered by the Court, the Court will, after receiving this report, issue a scheduling order based on the information contained in this report.

        No.

Read and Approved by:


_____
RAY HULL and KAREN K. HULL,
Plaintiffs



_____
THOMAS J. MCGEADY, O.B.A. #5984
LOGAN & LOWRY, LLP
101 South Wilson Street
P. O. Box 558
Vinita, OK 74301
(918) 256-7511
Attorney for the Plaintiffs,
RAY HULL and KAREN K. HULL


_____
BARAN TELECOM, INC., Defendant

CV-03 (03/01)

ROBERT W. NELSON, OBA #6622
THOMAS A. PARUOLO, OBA #18442
WHITTEN, NELSON, MCGUIRE,
      TERRY & ROSELIUS
Suite 400, One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(405) 239-2522
Attorneys for Defendant,
BARON TELECOM, INC.

NEXTEL PARTNERS OPERATING
CORP.,Defendant

JAMES E. POE, OBA #7198
COVINGTON & POE
111 West 5th, Suite 740
Tulsa, OK 74103
(918) 585-5530
Attorney for the Defendant, NEXTEL
PARTNERS OPERATING CORP.

CV-03 (03/01)

4/7/05

NEXTEL PARTNERS OPERATING
CORP., Defendant

JAMES E. POE, OBA #7198
COVINGTON & POE
111 West 5th, Suite 740
Tulsa, OK 74103
(918) 585-5530
Attorney for the Defendant, NEXTEL
PARTNERS OPERATING CORP.

6 of 6

CV-03 (03/01)