IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAY HULL and KAREN K. HULL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 04 CV-721 C (C) |
| | ) |
| BARAN TELECOM, INC., | ) |
| WIRELESS SOLUTIONS, LLC., and | ) |
| NEXTEL PARTNERS OPERATING CORP., | ) |
| | |
| Defendants. | |

## STIPULATION OF DISMISSAL

COME NOW, all of the parties who have appeared in this action, Ray Hull and Karen K. Hull, Plaintiffs, and Baran Telecom, Inc. and Nextel Partners Operating Corp., Defendants, and submit their Stipulation of Dismissal as to Defendant Nextel Partners Operating Corp. pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This action is hereby dismissed by stipulation of the parties only as to Nextel Partners Operating Corp.

Dated this 16th day of November, 2005.

*STIPULATED:*

/s/ J. Stephen Neas
Thomas J. McGeady, O.B.A. #5984
J. Stephen Neas, O.B.A. #19896
Ryan P. Langston, O.B.A. #20517
LOGAN & LOWRY, LLP
101 South Wilson Street
P. O. Box 558
Vinita, OK 74301-0558
(Attorneys for Plaintiffs Ray Hull and Karen K. Hull)

Page 1

4:44PM  918 Wh ten Nelson    LOGAN & LOWRY                    No.5676      3/3  ☒003

_____
Robert W. Nelson, O.B.A. #6622
Thomas A. Paruolo, O.B.A. #18442
WHITTEN, NELSON, MCGUIRE,
  TERRY & ROSELIUS
Suite 400, One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(Attorneys for Defendant, Baran Telecom, Inc.)


_____
James E. Poe, O.B.A. #7198
COVINGTON & POE
111 West 5th, Suite 740
Tulsa, OK 74103
(Attorneys for the Defendant, Nextel Partners Operating Corp.)

Page 2

1/15/2005 18:09   9185855530          COVINGTON AND POE         PAGE  02
11/15/05  TUE 13:31 FAX 918 256 3187  LOGAN & LOWRY

Robert W. Nelson, O.B.A. #6622
Thomas A. Paruolo, O.B.A. #18442
WHITTEN, NELSON, MCGUIRE,
 TERRY & ROSELIUS
Suite 400, One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(Attorneys for Defendant, Baran Telecom, Inc.)

James E. Poe, O.B.A. #7198
COVINGTON & POE
111 West 5th, Suite 740
Tulsa, OK 74103
(Attorneys for the Defendant, Nextel Partners Operating Corp.)

CERTIFICATE OF MAILING

    I, J. Stephen Neas, do hereby certify that on this 16th day of November, 2005, I mailed a true and correct copy of the above and foregoing "Stipulation of Dismissal" to:

Robert W. Nelson, Esquire
Thomas A. Paruolo, Esquire
WHITTEN, NELSON, MCGUIRE,
  TERRY & ROSELIUS
Suite 400, One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(Attorneys for Defendant, Baran Telecom, Inc.)

James E. Poe, Esquire
COVINGTON & POE
111 West 5th, Suite 740
Tulsa, OK 74103
(Attorneys for the Defendant, Nextel Partners Operating Corp.)

with proper postage thereon fully prepaid.

                                            /s/   J. Stephen Neas
                                            J. Stephen Neas