IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAY HULL and KAREN K. HULL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BARAN TELECOM, INC., )<br>WIRELESS SOLUTIONS, LLC., and )<br>NEXTEL PARTNERS OPERATING CORP., )<br>)<br>Defendants. )<br>) | Case No. 04 CV-721 C (C) |

**PLAINTIFFS' REQUESTED VOIR DIRE**

COME NOW, the Plaintiffs, Ray Hull and Karen K. Hull, and submit their requested voir dire as follows:

1. Each juror please state his or her place of residence, occupation and that of his or her spouse.

2. Have any of you or any member of your families ever suffered an occupational or industrial injury?

3. Have any of you ever been jurors before? If so, please describe the type of case and the outcome.

4. Was that outcome or verdict agreeable to you?

5. Do any one of you have a problem with the idea that a person who believes he or she has been injured by someone else's negligence can file a civil lawsuit seeking money damages?

6. Do any of you believe that it is simply wrong to sue another person for money damages?

7. For each juror, please describe the thing you like to do most with your leisure time.

8. For each juror, please tell us any clubs, church organization, or civic groups, if any, are important to you.

9. Do any of you have any strong feelings about the legal profession? Anyone here who simply dislikes lawyers?

10. Has anyone here ever worked in any kind of structural iron or steel erection work or have any relatives who have worked in structural iron or steel erection work?

11. Has anyone here ever worked in a traveling or on-the-road construction crew?

12. Has anyone here ever been involved in or seen an on-the-job injury take place?

13. Please tell us about that incident.

14. Does anyone here have any experience as an industrial safety instructor or safety inspector of any sort?

15. Has anyone here had any experience with the treatment of severe medical traumas?

16. Please describe that experience.

17. This trial will probably last for a full week. Is there any reason that any one of you could not participate as jurors in the trial of this case for that length of time?

Dated this 6th day of January, 2006.

                        Respectfully submitted,

                        LOGAN & LOWRY, LLP
                        101 South Wilson Street
                        P. O. Box 558
                        Vinita, OK 74301-0558
                        (918) 256-7511

                        Attorneys for Plaintiffs
                        Ray Hull and Karen K. Hull


                        By:    /s/ J. Stephen Neas
                                Thomas J. McGeady, O.B.A. #5984
                                Ryan P. Langston, O.B.A. #20517
                                J. Stephen Neas, O.B.A. #19896

CERTIFICATE OF MAILING

    I, J. Stephen Neas, do hereby certify that on this 6th day of January, 2006, I mailed a true and correct copy of the above and foregoing Plaintiffs' Requested Voir Dire" to:

    Robert W. Nelson, Esquire
    Thomas A. Paruolo, Esquire
    WHITTEN, NELSON, MCGUIRE,
      TERRY & ROSELIUS
    Suite 400, One Leadership Square
    211 N. Robinson
    Oklahoma City, OK 73102
    (Attorneys for Defendant, Baran Telecom, Inc.)

with proper postage thereon fully prepaid.

    /s/ J. Stephen Neas
    J. Stephen Neas