## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RAY HULL and KAREN K. HULL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 04-CV-721-HDC-PJC |
| ) | |
| **BARAN TELECOM, INC.,** ) | |
| **WIRELESS SOLUTIONS, LLC, and** ) | |
| **NEXTEL PARTNERS OPERATING** ) | |
| **CORP.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This matter came before the Court for consideration of Defendant Baran Telecom, Inc.'s Motion for Summary Judgment. The issues having been duly considered and a decision having been rendered in accordance with the Order simultaneously herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered for Defendant Baran Telecom Inc., and against Plaintiffs, Ray Hull and Karen K. Hull.

**IT IS SO ORDERED** this 5th day of June, 2006.

_____
HONORABLE H. DALE COOK
Senior United States District Judge