UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Ray Hull,

       Plaintiff(s),  Case Number: 04-CV-721-HDC

vs.            Proceeding: Pretrial Conference

Baran Telecom, Inc.,       Date: 10-22-2007
       Defendant(s).  Court Time: 2:30 p.m.

**MINUTE SHEET**

H. Dale Cook, Senior U.S. District Judge  P. Lynn, Deputy Clerk  Greg Eustice, Reporter

Counsel for Plaintiff: Thomas McGeady, Ryan Langston

Counsel for Defendant: Robert Nelson, Thomas Paruolo

Minutes: Case called for Pretrial.  Remaining claims discussed.  Broken gin line discussed.
Motions in limine discussed in detail.

Amended Pretrial Order due 10/31/07

Defendant's Response to Plaintiff's pending Motion in limine due 10/26/07.

Court will bifurcate issues and try negligence first, then damages.

Exhibits discussed.  Parties will meet and try to resolve issues.

Trial set 11/5/07, ETT 3 days, trailing after criminal case(s).

Court Time
─────────────────────────────
2:30-3:30
