IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAY HULL and KAREN K. HULL,            )<br>                                                              )<br>           Plaintiffs,                              )<br>                                                              )<br>v.                                                         )         Case No. 04 CV-721 C (C)<br>                                                              )<br>BARAN TELECOM, INC.,                    )<br>WIRELESS SOLUTIONS, LLC., and   )<br>NEXTEL PARTNERS OPERATING CORP., )<br>                                                              )<br>           Defendants.                            )<br>                                                              ) | |

## STIPULATION OF DISMISSAL

COME NOW, all of the remaining parties who have appeared in this action, Ray Hull and Karen K. Hull, Plaintiffs, and Baran Telecom, Inc., Defendant, and submit their Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  This action is hereby dismissed by stipulation of the parties in its entirety with prejudice.

Dated this 26th day of November, 2007.

*STIPULATED:*

s/   Ryan P. Langston
Thomas J. McGeady, O.B.A. #5984
Ryan P. Langston, O.B.A. #20517
LOGAN & LOWRY, LLP
101 South Wilson Street
P. O. Box 558
Vinita, OK 74301-0558
(Attorneys for Plaintiffs Ray Hull and Karen K. Hull)

s/ Thomas A. Paruolo     s/Ryan P. Langston
*(Signed by Ryan P. Langston with permission of Thomas A. Paruolo)*
Robert W. Nelson, O.B.A. #6622
Thomas A. Paruolo, O.B.A. #18442
WHITTEN, NELSON, MCGUIRE,
 TERRY & ROSELIUS
Suite 400, One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(405) 239-2522
(Attorneys for Defendant Baran Telecom, Inc.)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of November, 2007, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Robert W. Nelson, Esquire
    Thomas A. Paruolo, Esquire

    s/ Ryan P. Langston
    Ryan P. Langston